# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RALPH BURST** | *  CIVIL ACTION NO. |
| **VS.** | *  JUDGE: |
| **M/V XING XI HAI, IT'S ENGINES, TACKLE, EQUIPMENT AND APPERTENANCES, IN REM, and SUNSHINE NAUTICAL, SA, BERNARD SHULTE SHIPMANAGEMENT COMPANY, LTD., DALIAN OCEAN PROSPERITY INTERNATIONAL SHIP MANAGEMENT COMPANY, CHINA MINSHING SHIPPING MANAGEMENT, CO., LTD., MR. YIN SHENG YANG** | *  MAGISTRATE: <br> * <br> * <br> * <br> * <br> * |

\*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT FOR DAMAGES AND VERIFICATION

Now into Court, through undersigned counsel, comes plaintiff, Ralph Burst, a person of the full age of majority and a resident of the State of Louisiana, who respectfully represents the following:

1)

## DEFENDANTS

That made defendants herein are the following:

a) M/V Xing Xi Hai, is a Hong Kong, China, flagged vessel, whose homeport is Hong Kong, China, IMO No. 9767065, Official No. HK- 4616. This vessel is sued herein *in rem* pursuant to Supplemental Rule C, governing admiralty and maritime claims;

1

b) Sunshine Nautical, SA, is a Chinese corporation whose principal place of business is located in China and who owns the M/V Xing Xi Hai;

c) Bernard Shulte Shipmanagement (China) Company, Ltd., is a Chinese corporation, whose principal place of business is located in China and who manages the M/V Xing Xi Hai;

d) Dalian Ocean Prosperity International Ship Management, Co., is a Chinese corporation whose principal place of business is located in China and who manages the M/V Xing Xi Hai;

e) China Minshing Shipping Management Co., Ltd., is a Chinese corporation whose principal place of business is located in China and who manages the M/V Xing Xi Hai;

f) Mr. Yin Sheng Yang, is a person of the full age of majority, who is a citizen and resident of China and is the Captain/Master of the M/V Xing Xi Hai.

2)

## JURISDICTION

That the jurisdiction of this Court is raised and exists pursuant to the maritime /admiralty laws of the United States of America and suit is brought herein against the M/V Xing Xi Hai, it's engines, tackle and appurtenances, as an in rem action pursuant to Rule C of the Supplementary Rules governing such actions.

The defendants, Sunshine Nautical SA, Bernard Shulte Shipmanagement (China) Company Ltd., Dalian Ocean Prosperity International Ship Management, Co., China Minshing Shipping Management Co., Ltd., and Yin Sheng Yang are sued herein *in personam* as foreign corporations and a foreign individual, who have diverse citizenships relative to Ralph Burst, pursuant to 28 U.S.C.A. Sec. 1332 (a)(2).

Additionally, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## FACTUAL BACKGROUND

3)

At all times hereto, Ralph Burst was a longshoreman employed by T. Parker Host, Inc., on or about June 19, 2017. Mr. Burst sustained a maritime tort inflicted upon him by the M/V Xing Xi Hai and the afore named defendants, as such, Ralph Burst is entitled to the rights and protections of a maritime lien against the defendant vessel and exercises those rights and protections herein.

4)

On or about June 19, 2017, Ralph Burst was employed as a longshoreman at the Louis Dreyfus Company dock facility, while working in the course and scope of his employment with T. Parker Host, Inc.

5)

That on or about June 19, 2017, the defendant, M/V Xing Xi Hai, operating under the control and direction of defendant Captain Yin Sheng Yang, was being moored by a longshoremen crew, which included Ralph Burst, at the Louis Dreyfus dock facility, located in Port Allen, Louisiana.

6)

That Ralph Burst, while performing his duties as a longshoreman, was negligently injured by defendant vessel, through the negligent actions and or inactions of defendant, Yin Sheng Yang and other crewmen of the M/V Xing Xi Hai.

7)

At all times herein on June 19, 2017, Ralph Burst was handling and holding a mooring line of the M/V Xing Xi Hai and was attempting to affix the mooring line to the Louis Dreyfus Company dock facility, when suddenly and without warning the mooring line was hauled-upward toward the vessel by the crewmen of the M/V Xing Xi Hai, thereby causing Ralph Burst to be violently thrown onto the surface of dock and grievously injuring the plaintiff.

8)

**COUNT ONE NEGLIGENCE**

That defendant, Yin Sheng Yang, was the Captain/Master of the offending vessel and was supervising the vessel and crew during the mooring operations. This defendant was negligent in improperly supervising the crewmen employed by the vessel and among other acts of negligence, improperly gave orders and/or failed to give proper orders to the vessel crew. That his negligent conduct and that of the vessel crew were the proximate cause of the damages sustained by Ralph Burst.

9)

**COUNT TWO UNSEAWORTHINESS**

The defendant vessel, M/V Xing Xi Hai was unseaworthy and said unseaworthiness was also the proximate cause of damages suffered by Ralph Burst.

10)

**COUNT THREE VICARIOUS LIABILITY OF MANAGEMENT COMPANIES**

That at all times herein, defendants, Bernard Shulte Shipmanagement (China) Company Ltd., and/or Dalian Ocean Prosperity International Ship Management, Co.,

and/or China Minshing Shipping Management Co., Ltd., manned, hired, employed and maintained Captain Yin Sheng Yang and the crew of the M/V Xing Xi Hai and thereby are vicariously responsible for the negligent acts of the captain and crew of this vessel.

11)

**COUNT FOUR VICARIOUS LIABILITY OF THE VESSEL OWNER**

That at all times herein, defendant, Sunshine Nautical SA, is the owner of the bulk cargo vessel, M/V Xing Xi Hai and is likewise responsible for the negligence and damages caused by its vessel, it's captain and crew.

12)

That the M/V Xing Xi Hai is within this district or will be within this district while this action is pending. As such, pursuant to Supplemental Rule C, the vessel, it's engines, tackle and appurtenances are subject to seizure by Order of this Court.

13)

The plaintiff, Ralph Burst, pursuant to Supplemental Rule E (3) (b) does hereby request that the issuance and delivery of the process *in rem* be held in abeyance by this Honorable Court.

14)

That all named defendants herein are jointly, severally and *in solido* liable unto the petitioner for proximately causing damages to petitioner, including but not limited to damages to his body, his psyche, past and future lost wages, past and future medical expenses, past and future loss of services, as well as past and future physical pain, suffering and mental anguish.

**PRAYER**

**WHEREFORE**, plaintiff, Ralph Burst, respectfully requests that this Honorable Court, after all necessary delays and due proceedings had, render Judgment in favor of Ralph Burst and against defendants, M/V Xing Xi Hai, Yin Sheng Yang, Sunshine Nautical SA, Bernard Shulte Shipmanagement (China) Company Ltd., Dalian Ocean Prosperity International Ship Management, Co., and China Minshing Shipping Management Co., Ltd., jointly, severally and *in solido*, for an amount of damages to be set by the trier of fact, including but not limited to special damages, general damages, all costs of these proceedings, as well as attorneys fees where appropriate and for all general and equitable relief herein based on the premises.

Respectfully submitted,

**GREGORIO, CHAFIN, JOHNSON, TABOR & FENASCI, L.L.C.**
111 Veterans Memorial Blvd., Suite 1520
Metairie, Louisiana 70005
Telephone: (504) 475-7100
Facsimile: (504) 475-7101
Email: bfenasci@gcj-law.com

By:   */s/BRETT P. FENASCI*
      **BRETT P. FENASCI**
      LA Bar Roll No. 29858

      **AND**

**FENASCI & ASSOCIATES**
**MICHAEL A. FENASCI**
LA. Bar Roll No. 05508
3500 N. Causeway Blvd., Suite 1405
Metairie, Louisiana 70002
Telephone: (504) 833-2166
Facsimile: (504) 831-9474
Email: fenascilaw@aol.com

**AND**

**WAYNE W. YUSPEH**
**WAYNE W. YUSPEH, APLC**
LA. Bar Roll No. 8899
3500 N. Causeway Blvd., Suite 1405
Metairie, Louisiana 70002
Telephone: (504) 833-2166
Facsimile: (504) 831-9474
Email: wwy@yuspehlawoffice.com

**ATTORNEYS FOR PLAINTIFF**