UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RALPH BURST | CIVIL ACTION |
| VERSUS | NO. 20-374-JWD-SDJ |
| M/V XING XI HAI, et al. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 3, 2023 (Doc. 53), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's cause of action is DISMISSED without prejudice for failure to complete service or otherwise prosecute this litigation under Rule 4(f) (service abroad) and Rule 41(b) (involuntary dismissal for failure to prosecute) of the Federal Rules of Civil Procedure.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 21, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**